UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-8057-BER

UNITED STATES OF AMERICA

v.

ANTONIO ROBLERO-BARTOLON

　　　　　Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: *Suzanne Huyler*
Suzanne Huyler
ASSISTANT UNITED STATES ATTORNEY
District Court No.  A5503350
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:  (561) 820-8711
Fax:  (561) 820-8777
Email:  Suzanne.Huyler@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> ANTONIO ROBLERO-BARTOLON <br> <br> *Defendant(s)* | ) <br> ) <br> )   Case No.  26-mj-8057-BER <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25, 2026__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) & (b)(1) | Illegal re-entry into the United States after deportation or removal |

**FILED BY** TM **D.C.**
**Jan 27, 2026**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

DO Luis Camacho
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____

Digitally signed by Bruce E. Reinhart
Date: 2026.01.27 16:39:19 -05'00'
*Judge's signature*

City and state: __West Palm Beach, FL__   Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# LUIS CAMACHO
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# <u>IMMIGRATION AND CUSTOMS ENFORCEMENT</u>

I, Luis Camacho, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Antonio ROBLERO-BARTOLON committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about January 25, 2026, the Palm Beach County Sheriff's Office responded to a call in reference to a drunk driver. During the investigation, Palm Beach County Sheriff's Deputies made contact with Antonio ROBLERO-BARTOLON, who was subsequently arrested for immigration related charges under the 287(g) Program. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Antonio ROBLERO-BARTOLON is a native and citizen of Mexico. Records further show that on or about May 19, 2010, Antonio ROBLERO-BARTOLON was voluntarily removed from the United States and returned to Mexico.

5. Thereafter, Antonio ROBLERO-BARTOLON re-entered into the United States illegally and, on or about September 3, 2010, was ordered removed from the United States. The Order of Removal was executed on or about September 3, 2010, whereby Antonio ROBLERO-BARTOLON was removed from the United States and returned to Mexico.

6. Thereafter, Antonio ROBLERO-BARTOLON re-entered into the United States illegally and was removed and returned to Mexico on or about April 17, 2012.

7. Further review of records shows that on or about March 5, 2012, in the Circuit Court, Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Antonio ROBLERO-BARTOLON was convicted of the felony offense of possession of cocaine, in case number 2012-CF-002132-A.

8. Records further show that on or about April 5, 2012, in the United States District Court, Southern District of Florida, Antonio ROBLERO-BARTOLON was convicted of the felony offense of illegal re-entry, in case number 12-80048-CR-1.

9. Antonio ROBLERO-BARTOLON's fingerprints taken in connection with his January 25, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Antonio ROBLERO-BARTOLON.

10. A record check was performed in the Computer Linked Application Informational Management System to determine if Antonio ROBLERO-BARTOLON filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Antonio ROBLERO-BARTOLON obtained consent from the Attorney General of the United States or

from the Secretary of Homeland Security, for re-admission into the United States as required by law.

11.  Based on the foregoing, I submit that probable cause exists to believe that, on or about January 25, 2026, Antonio ROBLERO-BARTOLON, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of January 2026.

Digitally signed by Bruce E. Reinhart
Date: 2026.01.27 16:39:43 -05'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   ANTONIO ROBLERO-BARTOLON

**Case No**: _____

Illegal Reentry into the United States after deportation or removal

Title 8, United States Code, Section 1326 (a) and (b)(1)
* **Max. Term of Imprisonment:** up to 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** up to 3 years
* **Max. Fine:** $250,000
* **Special Assessment**: $100 upon conviction

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.